# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Michelle Croswell AKA Michelle Croswell** | : | **Case No.: 16-58053** |
| | : | **Chapter 13** |
| **Jon Barnett** | : | **Judge John E. Hoffman Jr.** |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Adam B. Hall enters his appearance as counsel for Nationstar Mortgage LLC , its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Adam B. Hall
    Adam B. Hall (0088234)
    Edward H. Cahill (0088985)
    John R. Cummins (0036811)
    Daniel C. Wolters (0076521)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Adam B. Hall.
    Contact email is abh@manleydeas.com

16-035443_PS

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance and Request for Notices was **electronically** through the court's ECF System at the email address registered with the court:

Office of U.S. Trustee, Southern District of Ohio, Party of Interest, 170 North High Street, #200, Columbus, OH  43215

Faye D. English, 10 West Broad Street, Suite 900, Columbus, OH  43215, faye.english@ch13columbus.com

David B Schultz, Attorney for Michelle Croswell AKA Michelle Croswell and Jon Barnett, 580 E Rich Street, Columbus, OH  43215, dschultz@lawlh.com

and by ordinary U.S. mail on December 28, 2016 addressed to:

Michelle Croswell AKA Michelle Croswell and Jon Barnett, 6427 Albany Gardens Drive, New Albany, OH  43054

Michelle Croswell AKA Michelle Croswell and Jon Barnett, 6427 Albany Gardens Dr, New Albany, OH  43054

Franklin County Treasurer, 373 South High Street, 17th Floor, Columbus, OH  43215

/s/ Adam B. Hall
Adam B. Hall

16-035443_PS